UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE McCREA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. JOHNSON, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1487 JAM CKD P<br><br><br><br>ORDER |

On July 30, 2015, plaintiff's complaint was dismissed with leave to file an amended complaint within thirty days. On August 7, 2015, plaintiff filed a motion seeking leave to amend, which the court construes as a request for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 9) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint as set forth in the July 30, 2015 order. Failure to file an amended complaint within 30 days will result in the dismissal of this action.

Dated: August 24, 2015

　　　　　　　　　　　　　　　　　　　　　／s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2 / mccr1487.36